463 A.2d 51

Dougherty, Appellant v. Garber etc. et al.

Argued April 19, 1983. F. Fitzpatrick, Jr., for appellant; Charles M. Golden, for appellees.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Order affirmed.